**LAW OFFICE OF CALVIN CHANG**
CALVIN CHANG (SBN 277851)
980 – 9th Street, 16th Floor
Sacramento, California 95814
Telephone: 916.538.0225
calvin@calvinchanglaw.com

**JOSEPH E. MALONEY**
Attorney at Law
SBN 95458
12005 Peregrine Way
Auburn, California 95603
Telephone: 530.885.7787
joseph.maloney@jmaloneylaw.com

Attorneys for Plaintiff TIFFANY WAGNER

**SERENA M. WARNER, ESQ., SB No. 264799**
   Email: swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant BRANDON COMPTON

**PRENTICE|LONG, PC**
Margaret E. Long – SBN #227176
2240 Court Street
Redding, CA 96001
Telephone: (530) 691-0800
Facsimile: (530) 691-0700
E-Mail: margaret@prenticelongpc.com

Attorneys for Defendant COUNTY OF PLUMAS and
GREGORY HAGWOOD and APRIL GOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY WAGNER, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF PLUMAS; BRANDON COMPTON, in his individual and official capacities, GREGORY HAGWOOD, in his individual and official capacities; APRIL GOTT, in her individual and official capacities and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case no. 2:18−CV−03105−KJM−DB<br><br>**SUPPLEMENTAL JOINT REPORT RE: STATUS OF MODIFICATIONS TO SCHEDULING ORDER; ORDER**<br><br>Action Filed: November 30, 2018<br><br>Trial date: None set. |

**JOINT STATUS REPORT**

Plaintiff Tiffany Wagner ("Plaintiff') and Defendants County of Plumas, Gregory Hagwood, April Gott, and Brandon Compton respectfully submit the following supplemental report regarding the status of adjustments parties are seeking to make to the Scheduling Order. *See* ECF No. 15. (Scheduling Order).

On March 4, 2020, the parties submitted a Joint Report Re: Status of Modifications to Scheduling Order. ECF No. 32. In that status report, in view of the need for time to conduct discovery regarding new claims (and a new party) in the First Amended Complaint (ECF No. 30), and in view of the anticipated maternity leave of counsel to Defendant Compton (Serena Warner), the parties agreed to propose extra time to allow an informal "quiet period" from May 15, 2020 through July 15, 2020 to accommodate Ms. Warner's leave. In view of those factors, the parties proposed new dates keyed to discovery completion of September 15, 2020.

Since then, the parties have encountered difficulty arranging for the deposition of an important witness before the onset of the quiet period owing to the anticipated surgery of the witness. And, of course, the ongoing and escalating logistical problems associated with the corona virus have made all parties and counsel wary of the travel and personal meetings associated with any form of deposition. Accordingly, the parties now propose that the quiet period commence immediately, and

Law Office of Calvin Chang
980 - 9th Street, 16th Floor
Sacramento, California 95814
www.calvinchanglaw.com

that new dates be calendared keyed to a discovery completion date of October 15, 2020, as follows (dates set in this Court's Scheduling Order are set forth first, followed by the new proposed date):

    Fact Discovery Completion: from December 15, 2019 to October 15, 2020

    Expert Witness Disclosures: from May 15, 2020 to March 12, 2021

    Rebuttal Expert Witness Disclosures: from June 1, 2020 to March 26, 2021

    Expert Witness Discovery Cutoff: from July 1, 2020 to April 24, 2021

    Dispositive Motions heard no later than: from March 15, 2020 to Friday January 25, 2021.

Dated: March 24, 2020

                                  /s/ Joseph E. Maloney

                              By:_____,
                                  Joseph E. Maloney
                             Attorneys for Plaintiff TIFFANY WAGNER

Dated: March 24, 2020           PRENTICE LONG, PC.

                              By:_____/s/ Margaret Long_____,
                                 Margaret Long, Esq.
                             Attorneys for Defendants COUNTY OF PLUMAS, and
                             GREGORY HAGWOOD & APRIL GOTT

Dated: March 24, 2020           ANGELO, KILDAY & KILDUFF, LLP.

                              By:_____/s/ Serena M. Warner_____,
                                 Serena M. Warner, Esq.
                             Attorneys for Defendant BRANDON COMPTON

**ORDER**

The court grants the parities request to adjusts the dates as follows:

Fact Discovery Completion: from December 15, 2019 to October 15, 2020.

Expert Witness Disclosures: from May 15, 2020 to March 12, 2021.

Rebuttal Expert Witness Disclosures: from June 1, 2020 to March 26, 2021.

Expert Witness Discovery Cutoff: from July 1, 2020 to April 24, 2021.

Dispositive Motions heard no later than: from March 15, 2020 to Friday January 22, 2021.

It is so ordered.

Dated: March 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE