**PRENTICE|LONG, PC**
Margaret E. Long – SBN 227176
2240 Court Street
Redding, CA 96001
Telephone: (530) 691-0800
Facsimile: (530) 691-0700
E-Mail: margaret@prenticelongpc.com

Attorneys for Defendant COUNTY OF PLUMAS and GREGORY HAGWOOD and APRIL GOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIFFANY WAGNER, an individual,

Plaintiff,

v.

COUNTY OF PLUMAS; BRANDON COMPTON, in his individual and official capacities, GREGORY HAGWOOD, in his individual and official capacities; and DOES 1 through 20, inclusive,

These answering Defendants.

No. 2:18-CV-03105-KJM-DB

**STIPULATION REGARDING ANTICIPATED DISPOSITIVE MOTION; FURTHER SCHEDULING DATES; PROPOSED ORDER THEREON**

This court's Order filed March 25, 2020 (ECF 37) provides that any dispositive motion shall be calendared to be heard no later than January 25, 2021, and provides for other subsequent dates keyed to that law and motion cutoff date. The parties have proceeded diligently in discovery; but, owing to the various logistical constraints imposed by the current COVID pandemic, as well as the fires that have been visited upon Plumas County, the parties have taken more time than contemplated by the Order to complete the discovery necessarily antecedent to filing and opposing such a motion and in proceeding with the subsequent actions. Moreover, the parties agree on a desire to minimize the efforts necessary during the upcoming holiday season to

file, oppose, and consider the motions Defendants contemplate.

Accordingly, IT IS HEREBY STIPULATED by and between the parties to this matter, that the following dates in the Scheduling Order are amended:

Expert Witness Disclosures: from March 12, 2021 to May 12, 2021;

Rebuttal Expert Witness Disclosures: from March 26, 2021 to May 26, 2021;

Expert Witness Discovery Cutoff: from April 24, 2021 to June 24, 2021; and

Dispositive Motions heard no later than: from January 25, 2021 to March 26, 2021. Notwithstanding the provisions of Local Rule 230(b), any motion for summary judgment or motion for summary adjudication of issues will be filed 35 days before the noticed hearing date.

Dated: September 28, 2020

PRENTICE|LONG, PC

__________/s/___Margaret Long____________
MARGARET LONG
Attorneys for Defendants County of Plumas and Gregory Hagwood and April Gott

Dated: September 28, 2020

_/S/ Joseph Maloney, authorized 9-28-20_____
JOSEPH E. MALONEY
Attorney for Plaintiff

Dated: September 28, 2020

ANGELO, KILDAY & KILDUFF

_ /S/ Serana Warner, authorized 9-28-20______
SERENA M. WARNER
Attorney for Defendant Compton

ORDER

The court GRANTS the parties' request to adjust the Amended Scheduling Order, ECF No. 37, dates as follows:

- Expert Witness Disclosures: from March 12, 2021 to May 12, 2021;
- Rebuttal Expert Witness Disclosures: from March 26, 2021 to May 26, 2021;
- Expert Witness Discovery Cutoff: from April 24, 2021 to June 24, 2021; and
- Dispositive Motions heard no later than: from January 25, 2021 to March 26, 2021.

This order resolves ECF No. 43.

IT IS SO ORDERED.

Dated: October 6, 2020.

CHIEF UNITED STATES DISTRICT JUDGE