CALVIN CHANG (SBN 277851)
CAL LAW APC
980 – 9th Street, 16th Floor
Sacramento, California 95814
Telephone:   916.538.0225
Fax:         916.848.3399
calvin@calvinchanglaw.com

**JOSEPH E. MALONEY**
Attorney at Law
SBN 95458
12005 Peregrine Way
Auburn, California 95603
Telephone: 530.885.7787
joseph.maloney@jmaloneylaw.com

Attorneys for Plaintiff TIFFANY WAGNER

**PRENTICE LONG, PC**
Margaret E. Long - SBN 227176
Amanda Uhrhammer-SBN 199445
2240 Court Street
Redding, CA 96001
Telephone: (530) 691-0800
Facsimile: (530) 691-0700
E-Mail: margaret@plelawfirm.com
Attorneys for Defendant COUNTY OF PLUMAS, GREGORY HAGWOOD

**SERENA M. WARNER**, SB No. 264799
Email: swarner@akk-law.com
**DANIELLE J. WILLIAMS**, SB No. 317229
 Email:  dwilliams@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant Brandon Compton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY WAGNER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF PLUMAS; BRANDON COMPTON, in his individual and official capacities, and DOES 1 through 20, inclusive,<br><br>    Defendants. | No.  2:18-CV-03105-KJM-DB<br><br>**STIPULATION AND ORDER** |

The parties, through their counsel, pursuant to Rule 43(a) of the Federal Rules of Civil Procedure, stipulate that, owing to good cause and compelling circumstances, as reflected in the accompanying Declaration of Amy Oppenheimer, Ms. Oppenheimer may testify at trial by

STIPULATION & ORDER (Oppenheimer)                              a

contemporaneous voice and video transmission from her location in the State of New York.

Dated:  May 31, 2022

/s/ Joseph E Maloney

_____
Joseph E. Maloney
Attorney for Plaintiff


/s/ Margaret Long (as authorized 5/31/2022)

_____
Margaret Long
Attorney for County of Plumas

/s/ Serena Warner (as authorized 5/31/2022)

_____
Serena Warner
Attorney for Compton

**ORDER**

It is so ordered.

DATED:  June 6, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE