**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

Tiffany Wagner,

       Plaintiff,

v.


County of Plumas, et al.,
       Defendants.


_____/

No. 2:18-cv-03105-KJM-DB


<u>MINUTES</u>

Date: August 16, 2022

Deputy Clerk: C. Schultz

Court Reporter: Tiphanne Crowe


**<u>Counsel for Plaintiff</u>**: Joseph Maloney and Calvin Chang

**<u>Counsel for Defendant County of Plumas</u>**: Margaret Long

**<u>Counsel for Defendant Brandon Compton</u>**: Serena Warner


**<u>BENCH TRIAL</u> (Day 1):**

8:40 a.m.    Attorneys present as identified above.  Plaintiff, Tiffany Wagner, present.  Defendant County of Plumas Representative, Chad Hermann, present. Defendant, Brandon Compton, present.  The court and counsel discussed housekeeping matters.

8:50 a.m.    The court heard oral argument as to the parties' Motions *in Limine*. After careful consideration of the parties' arguments, the court resolved the motions as stated on the record.

9:10 a.m.    The Plaintiff's motion to exclude witnesses was granted with exceptions as stated on the record. Plaintiff waived presentation of an opening statement. Ms. Long presented opening statements on behalf of Defendant County of Plumas.

9:30 a.m.    Ms. Warner presented opening statements on behalf of Defendant Brandon Compton.

9:35 a.m.    Plaintiff, Tiffany Wagner, sworn and testified on direct. Examination conducted by Mr. Maloney.

10:00 a.m.   All parties excused for a morning break.

10:15 a.m.   Court back in session.  All parties present. Mr. Maloney continued his direct examination of Plaintiff, Tiffany Wagner.

11:50 a.m.   All parties excused for another morning break.

12:05 p.m.   Court back in session.  All parties present. Mr. Maloney continued his direct examination of Plaintiff, Tiffany Wagner.

12:55 p.m.   Cross examination began.  Examination conducted by Ms. Long.

1:20 p.m.    All parties excused for evening recess. Bench Trial (Day 2) set for August 17, 2022 at 8:30 a.m.


**ADMITTED EXHIBITS**:

Joint Exhibits 1 through 22, and I


**TIME IN COURT**: 4 Hours, 10 Minutes