```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

Tiffany Wagner,                      No. 2:18-cv-03105-KJM-DB

    Plaintiff,

v.                                   **MINUTES**

County of Plumas, et al.,            Date: August 25, 2022
    Defendants.
                                     Deputy Clerk: C. Schultz

_____/        Court Reporter: Tiphanne Crowe


**Counsel for Plaintiff**: Joseph Maloney and Calvin Chang

**Counsel for Defendant County of Plumas**: Margaret Long

**Counsel for Defendant Brandon Compton**: Serena Warner


**BENCH TRIAL (Day 6):**

- 9:00 a.m.  Attorneys present as identified above. Plaintiff, Tiffany Wagner, present. Defendant County of Plumas Representative, Chad Hermann, present. Defendant, Brandon Compton, present. Defendants' witness, Manroop Sandhu, sworn and testified on direct. Examination conducted by Ms. Warner.

- 9:17 a.m.  Cross examination began. Examination conducted by Mr. Maloney.

- 9:20 a.m.  Witness excused. Defendants' witness, Liliana Ah Wah, sworn and testified on direct. Examination conducted by Ms. Long.

- 9:30 a.m.  Cross examination began. Examination conducted by Mr. Maloney.

- 9:40 a.m.  Redirect examination began. Examination conducted by Ms. Long.

9:42 a.m.   Witness excused. Defense rested subject to the pending Rule 52(c) Motion. The court heard further oral argument as to Defendant's Motion. After careful consideration of the parties' comments and for the reasons as stated on the record, the court denied Defendant's Rule 52(c) Motion.

9:50 a.m.   Plaintiff declined to present a case in rebuttal. Matter submitted to the court. The court granted the parties' request to submit simultaneous proposed findings of fact and conclusions of law in lieu of closing arguments by September 8, 2022, no later than 4:00 p.m.

9:55 a.m.   Court adjourned.

**EXHIBITS**:


**TIME IN COURT**: 55 Minutes