UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Tiffany Goodson, | No. 2:18-cv-03105-KJM-DB |
| --- | --- |
| Plaintiff, | ORDER |
| v. | |
| County of Plumas, et al., | |
| Defendants. | |

The court has reviewed the joint statement at ECF No. 168 and **approves** of the parties' proposed briefing and hearing schedule: Plaintiff's motions on the contested issues discussed in the parties' joint statement, attorney's fees, costs and expenses and shall be filed by **September 1, 2023**, with oppositions due by **September 22, 2023**, replies due **October 6, 2023**, and a hearing heard on **October 13, 2023**.

IT IS SO ORDERED.

DATED: August 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1