# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**TIFFANY GOODSON,**

CASE NO: **2:18–CV–03105–KJM–DB**

v.

**COUNTY OF PLUMAS, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/9/2024**

**Keith Holland**
Clerk of Court

ENTERED: **January 18, 2024**

by: /s/ J. Donati
Deputy Clerk